# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00055-CR

---

### Ex parte Barry Alan Boes, II

---

**FROM THE 22ND DISTRICT COURT OF HAYS COUNTY**
**NO. CR-20-1625-A, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal was due for filing in this Court on March 12, 2025. On March 31, 2025, we notified appellant by letter to his retained attorney that no clerk's record had been filed due to his failure to pay or arrange to pay the trial clerk's fee for preparing the clerk's record. The notice requested that appellant by April 10, 2025, make arrangements for the clerk's record and submit a status report or submit written documentation that appellant has been found indigent. *See* Tex. R. App. P. 20.2; Tex. R. Civ. P. 145. Further, the notice advised appellant that his failure to comply with this request could result in the dismissal of the appeal for want of prosecution. To date, appellant has not responded to this Court's notice, and the clerk's record has not been filed.

If a trial-court clerk fails to file the clerk's record due to an appellant's failure to pay or arrange to pay for the clerk's fee for preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b). In this case, appellant has not established that he is entitled to

proceed without payment of costs. *See id.* R. 20.2; Tex. R. Civ. P. 145. Because appellant has failed to pay or arrange to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b); *Travis v. State*, No. 03-13-00791-CR, 2014 WL 2154094, at *1 (Tex. App.—Austin May 15, 2015, no pet.) (mem. op., not designated for publication).

_____

Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Prosecution

Filed: April 18, 2025

Do Not Publish